```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WESCO DISTRIBUTION, INC.,

                              Plaintiff,                    06 Civ. 13444 (PKC)

               -against-

                                                        ORDER

ALVIN ANSHELEWITZ and AL'S
BEST ELECTRIC CO., INC.,

                              Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        Let the parties show cause in writing by April 24, 2009, why the action should not be dismissed without prejudice as to all remaining parties and claims.

        SO ORDERED.

                                                     P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       April 15, 2009